RECEIVED IN
The Court of Appeals
Sixth District

NOV 1 2 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

NOV 1 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Appeal No. 06-15-00062-CV
Trial Cause No. 153-270690-14

Allen "F" Calton
    Appellant - Plaintiff

V

Steve Schiller, et al
    Appellees - Defendants

In The Court of Appeals

Sixth District

Of Texas

## Appellant's Omnibus motion For An Extension Of Time To File His Appellate Brief and order The District Clerk To Supplement The Record On Appeal

    Now Comes Appellant Allen "F" Calton and files this his Omnibus motion For An Extension Of Time To File His Appellate Brief and For An order To Issue Compelling District clerk Thomas Wilder To Supplement The Record on Appeal as previously requested by letter forwarded to the District Clerk on 10-26-15 and Again on 11-9-15 with the Accompanying Third Letter To District Clerk Thomas Wilder will show In Support as follows.

### I

(1) On 11-6-15 I received the First Supplemental Clerk's Record Filed in the Appellate court on 11-2-15. However the record is still not adequate or complete to afford Calton a meaningful appeal.

(2) On 10-26-15 Calton forwarded District clerk Thomas Wilder and this Court as well a copy of his letter requesting several pleadings and documents that needed to be added as a supplement to the Record on Appeal due to their omission. See Exhibit "A" hereto attached and incorporated for a list specifically identifying said requested docu-

Appellant's omnibus motion For An Extension of Time and order The Clerk page 1 of 5

ments.

(3) On 10-27-15 Calton forwarded to District Clerk Thomas Wilder and this Court His second Letter Requesting That The District Clerk Supplement the Record on Appeal. Specifically Calton requested "Plaintiffs Affidavit Of Indigency That He is Too Poor To Employ Counsel"

(4) The District Clerk Complied with Appellant's second Letter And prepared The First supplemental Clerk's Record which contains the Relevant Affidavit OF Indigency mentioned above. See 1st supp. C.R. at p. 4-6.

(5) However Calton's initial Letter To The District Clerk has not been honored by the District Clerk.

(6) without the timely requested and diligently sought records specifically described in Exhibit "A" supra. Precludes Calton from preparing his Appellate brief.

(7) It's undisputed that Calton made an initial request and forwarded the same to District Clerk Thomas wilder On 10-26-15. As confirmed by this court's receipt of the same on 10-28-15. It's not by chance or coincidental that the second Letter To Thomas wilder is titled "second Letter". It was the second Letter Requesting The Record Be supplemented with omitted items. In fact the second Letter makes reference to the initial letter sent the day before. See 1st Supp C.R. vol.1 p.7

(8) Just to confirm its not me Sixth District Court Of Appeals you can send an E-mail and/or fax the foregoing and a copy of the Accompanying Third Letter. Although I forwarded District clerk Thomas wilder a copy of both documents like I always do.

Appellant's Omnibus Motion For An Extension Of Time and order The Clerk page 2 of 5

(9) But the truth of the matter is I need the records as described and listed in Exhibit "A", supra, in my possession for atleast (30) thirty days before the deadline to file my Appellate brief.

(10) There is no use of me requesting a specific date if I don't get those records. Because I don't Know when when District Clerk Thomas wilder will comply and provide me the same. Thus instead of requesting a specific date as the relevant filing deadline.

(11) This court should reasonably afford the (30) days as customary when the record is filed with the court. Just please ensure that the record is complete and contains each and every document listed and described in Exhibit "A", supra. At which point the record will be complete and I can begin preparing my Appellate brief. Before this Court sets a deadline.

(12) Finally the only way I'm going to get the Record in a timely manner is if this Court intervenes and court orders the Clerk of Tarrant County to comply with my request. Otherwise a writ of mandamus will have to lie, which will delay matters indefinitely. Because District Thomas wilder will impede that proceeding by not effecting personal service upon himself. Although I would establish my pauper status by Affidavit confirming the same. See e.g. Cause No. 348-281946-15 Allen "F" Calton v Debra Spisak. Where District Clerk has informed Calton that service will not be effected and citation issued until I have the money for a file marked copy of the petition. Service effected, and citation issued on Ms. Spisak

is a ministerial act in light of my Affidavit of Indigence that accompanied my petition in that lawsuit. See Downs v Trevathon 783 sw2d 689, 690 (Tex. App. Houston [1st Dist] 1989) (since 1988 indigents are entitled to have citations issued based solely on an affidavit of indigence filed with the suit).

## Relief Requested

Wherefore, premises considered, Calton prays and respectfully moves this court for an extension of time up until 30 days after the record is complete and sufficient to afford Appellant an effect, fair, and meaningful appeal i.e: each and every document listed in Exhibit "A", supra is filed with this court as A second supplemental clerk's record and A copy of the same is provided to me. Additionally Appellant moves this court call, E-mail and/or court order or take action this court deems necessary to get the record supplemented to complete sufficiency. So the wheels of justice can roll. Appellant moves for any and all other relief he may justly be entitled to by law and equity both general and special.

Respectfully submitted,

Allen "F" Calton

## Certificate of Conference

Calton puts the Court on notice that a conference was not held with Denetri Anastasiadis on the merits of this motion. Because Calton is incarcerated and cannot telephone Denetri Anastasiadis. Calton will not speculate on whether this motion would be opposed by Denetri Anastasiadis.

Allen "F" Calton

## Certificate of Service

I, Allen "F" Calton #1123880 incarcerated at the Stiles Unit, in Jefferson County, Texas due hereby state under the penalty of perjury that the foregoing was forwarded first class mail to Denetri Anastasiadis 300 w. 15 st, Austin, TX. 78701, District Clerk Thomas Wilder, 100 N. Calhoun St, Fortworth, TX. 76196, and The Sixth District Court of Appeals, 100 North State Line Avenue #20 Texarkana, Texas 75501 on 11-9-15.
Executed on 11-9-15 Allen "F" Calton

Appellant's Omnibus motion For An Extension Of Time and Order The Clerk pages 5 of 5

Omitted Documents That Need To Be Supplemented To The Record On Appeal

(1) "Plaintiff's motion For Leave To Supplement His Pleadings"
File marked on 6-18-15   1 page document

(2) "Plaintiff's Supplement To The Ninth Amended Complaint"
File marked on 6-18-15   2 page document

(3) "Letter To Court Coordinator Patricia Cannon dated 5-30-15"
File marked on 6-18-15   1 page document

(4) "Plaintiff's Notice Of Hearing By Submission For His motion To Supplement His Ninth Amended Section 1983 Complaint"
File marked on 6-18-15   1 page document

(5) "Plaintiff's motion For Leave To Amend and Supplement His Pleading with The Ninth Amended Complaint and Supplement To The Ninth Amended Complaint" File marked on 6-25-15   7 page document

(6) "Order and Judgment Granting Plaintiff's motion For Leave To Amend and Supplement His Pleading with The Ninth Amended Complaint."
Received by the Clerk on 6-25-15   1 page document.
See page 3 of 3 of Exhibit "A" for a true and copy of the same. So as not to permit it to be confused with the order signed by Judge McCoy that is contained in the Clerk's Record. see Clerk's Record at page 632.

Exhibit "A" page 1 of 3

(7) "Plaintiffs Notice of Hearing By Submission For His motion To Amend His §1983 Complaint with The Ninth Amended Complaint" File marked on 6-25-15    1 page document

(8) "Letter To Court Coordinator Patricia Cannon dated 6-15-15" File marked on 6-25-15    1 page document

(9) "The Certified Copy of Calton's Inmate Trust Fund Account Statement" notarized on or about 10-17-14 and received by the Clerk on 10-21-14. Along with Plaintiff's second motion for The Appointment of Counsel and other documents submitted in support thereof. See C.R. Vol.1 page 142 to confirm the same.

Respectfully Submitted,
Allen "F" Calton

Exhibit "A" page 2 of 3

Cause No. 153-270680-14

Allen "F" Carlton
Plaintiff

In The District Court

V

153rd Judicial

Steve Schiller, et al
Defendants

Tarrant County, Texas

Order and Judgment Granting Plaintiff's motion For Leave To Amend and supplement His Pleading with The Ninth Amended Complaint and supplement To The Ninth Amended Complaint

After considering Plaintiff's motion For Leave To Amend and supplement His Pleading with The Ninth Amended Complaint and supplement To The Ninth Amended Complaint.

It is hereby ordered that Plaintiff's motion For Leave To Amend and supplement His Pleading with The Ninth Amended Complaint and supplement To The Ninth Amended Complaint is granted

_____          _____
Date                                        Presiding Judge

It is further ordered that the Judgment will be reconsidered in light of the Ninth Amended Complaint and supplement thereto

_____          _____
Date                                        Presiding Judge

Exhibit "A" page 3 of 3